ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
DENNIS J. HANNA, CSBN 184476
Special Assistant United States Attorney

    Social Security Administration
    333 Market St., Suite 1500
    San Francisco, CA  94105
    Telephone:  (415) 977-8962
    Facsimile:  (415) 744-0134
    Email: Dennis.Hanna@ssa.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| DONALD WOODSON,<br><br>    Plaintiff,<br><br>        v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | No. CV 02-08191 RZ<br><br>**[PROPOSED]**<br>**JUDGMENT** |

    The Court having approved the parties' stipulation to reopen this case for the purpose of entering judgment for Plaintiff, ~~hereby grants judgment for Plaintiff~~.

    It is hereby ordered and adjudged that Defendant shall pay Plaintiff benefits under the Social Security Act as determined by the Social Security Administration in the administrative proceedings in this case.

DATED: April 6, 2011          _____
                                          HON. RALPH ZAREFSKY
                                          United States Magistrate Judge