Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-8868
E-mail: rohlfing_office@speakeasy.net

Attorneys for Plaintiff
Donald Woodson

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD WOODSON, | Case No.: CV 02-8191-RZ |
| Plaintiff, | {PROPOSED} ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $1,900.00 as authorized by 28 U.S.C. § 2412 be awarded to Plaintiff. ~~subject to the terms of the Stipulation~~.

DATE: May 19, 2011

_____
THE HONORABLE RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE

| | |
|---|---|
| 1 | Respectfully submitted, |
| 2 | LAW OFFICES OF Lawrence D. Rohlfing |
| 3 | /s/ Steven G. Rosales |
| 4 | _____<br>Steven G. Rosales<br>Attorney for plaintiff Donald Woodson |